IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHCOTE HOLDINGS CORP., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-01441 |
| v. ) | |
| ) | Judge James B. Zagel |
| PROCTER & GAMBLE COMPANY, et al., ) | |
| ) | Magistrate Judge Nan R. Nolan |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES, Daniel L. Farris of Holland & Knight LLP, counsel of record for Plaintiff, and moves to withdraw his appearance pursuant to Northern District of Illinois Local Rule 83.17, and in support states the following:

1. Plaintiff has retained the law firm of Hinshaw & Culbertson, LLP to represent it in connection with the above-captioned case.

2. Mr. Farris filed an appearance on behalf of Plaintiff while employed by Hinshaw & Culbertson, LLP.

3. Mr. Farris has since joined the law firm of Holland & Knight LLP, and is no longer employed by Hinshaw & Culbertson, LLP.

4. Other Hinshaw & Culbertson LLP attorneys have filed appearances in this matter. Those attorneys will continue to serve as the attorneys for the Plaintiff in this case.

5. Plaintiff does not wish to retain Mr. Farris or Holland & Knight LLP in relation to this case.

6. Granting this motion will not create inequity or unduly prejudice the parties in this case, as all other Hinshaw & Culbertson, LLP attorneys of record will continue to represent Plaintiff in this matter.

WHEREFORE, Daniel L. Farris of Holland & Knight LLP respectfully requests that this Court grant him leave to withdraw as counsel for Plaintiff, and grant such further relief as it deems just and necessary.

                        Respectfully submitted,

                        HOLLAND & KNIGHT LLP

                        /s/ Daniel L. Farris

                        Daniel L. Farris, 6292794
                        HOLLAND & KNIGHT LLP
                        131 South Dearborn Street, 30th Floor
                        Chicago, Illinois 60603
                        Telephone: 312.263.3600
                        Fax: 312.578.6666
                        daniel.farris@hklaw.com

Dated: October 1, 2010

#9811354_v1

3

## CERTIFICATE OF SERVICE

      I hereby certify that, on **October 1, 2010**, I electronically filed the above and foregoing **MOTION TO WITHDRAW AS COUNSEL,** through the Court's ECM/CF system which will cause electronic notification of this filing and copies of all documents referenced herein to be sent to all counsel of record.

      By: /s/ Daniel L. Farris