# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Heathcote Holdings Corp., Inc.

                      Plaintiff,

v.                                       Case No.: 1:10–cv–01441
                                                Honorable James B. Zagel

Procter & Gamble Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2010:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 9/30/2010. MOTION by Plaintiff Heathcote Holdings Corp., Inc. to vacate stay [26] is granted in part and denied in part. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.