**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES *ex rel*. HEATHCOTE HOLDINGS CORP. INC., An Illinois Corporation, Relator, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10 C 1441 |
| v. | ) ) | Judge James B. Zagel |
| PROCTOR & GAMBLE COMPANY, et. al. | ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Counsel of Record

PLEASE TAKE NOTICE that on November 18, 2010 at 10:15 a.m. we shall appear before the Honorable Judge James B. Zagel in Courtroom 2503 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL, and present **Plaintiff/Relator's Motion to Vacate Discovery Stay and Require Defendants'**, a copy of which has been served on you.

By: s/James C. Vlahakis
James C. Vlahakis
Attorneys for Plaintiff-Relator,
HEATHCOTE HOLDINGS CORP, INC.
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2010, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: s/James C. Vlahakis
James C. Vlahakis
Attorneys for Plaintiff-Relator
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com