## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Heathcote Holdings Corp., Inc.
                            Plaintiff,

v.                                           Case No.: 1:10–cv–01441
                                                         Honorable Edmond E. Chang

Procter & Gamble Company, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2011:

      MINUTE entry before Honorable Edmond E. Chang: As previously ordered, on or before 11/01/11, Defendant shall file a response to Plaintiff's constitutional challenge to Section 16 of Public Law No. 112–29. The United States may also file a response on that date. Plaintiff may reply on or before 11/15/11. Status hearing of 10/13/11 is reset to 12/6/11 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.